1  Christian J. Rowley (SBN 187293)
   Jay W. Connolly (SBN 114725)
2  SEYFARTH SHAW LLP
   560 Mission Street, Suite 3100
3  San Francisco, California 94105
   Telephone: (415) 397-2823
4  Facsimile: (415) 397-8549
   Email: crowley@seyfarth.com
5
   Attorneys for Defendant
6  WHOLE FOODS MARKET CALIFORNIA, INC.

7  H. Tim Hoffman (SBN 049141)
   Arthur W. Lazear (SBN 083603)
8  Chad A. Saunders (SBN 257810)
   HOFFMAN & LAZEAR
9  180 Grand Avenue, Suite 1550
   Oakland, California 94612
10 Tel: (510) 763-5700
   Fax: (510) 835-1311
11 Email: cas@hoffmanandlazear.com

12 Newman Strawbridge (SBN 171360)
   LAW OFFICE OF NEWMAN STRAWBRIDGE
13 719 Orchard Street
   Santa Rosa, CA 95404
14 Tel: (707) 523-3377

15 Attorneys for Plaintiff
   GALINA SEEBROOK
16

17                  UNITED STATES DISTRICT COURT
18                  NORTHERN DISTRICT OF CALIFORNIA
19

| | |
|---|---|
| GALINA SEEBROOK, individually and on behalf of all others similarly situated, | Case No. C11-00842 JCS ADR |
| Plaintiffs, | **STIPULATION TO EXTEND DEFENDANT'S TIME TO ANSWER OR RESPOND TO COMPLAINT** |
| v. | |
| WHOLE FOODS MARKET CALIFORNIA, INC., a California corporation, | |
| Defendant. | |

///

- 1 -
STIPULATION TO EXTEND DEFENDANT'S TIME TO ANSWER OR RESPOND TO COMPLAINT, CASE NO. C11-00842 JCS ADR

## STIPULATION TO EXTEND DEFENDANT'S TIME TO ANSWER OR RESPOND TO COMPLAINT

Pursuant to Local Rule 6-1(a), Plaintiff and Defendant, by and through their undersigned counsel, hereby stipulate to extend to March 31, 2011 the deadline for Defendant to answer or otherwise respond to the Complaint. This extension will not change any deadlines set by the Court, and the parties shall comply with all Court scheduling orders issued to date.

IT IS SO STIPULATED.

Date: March 10, 2011

SEYFARTH SHAW LLP

By: _____
Christian J. Rowley
Attorneys for Defendant
WHOLE FOODS MARKET CALIFORNIA, INC.

Date: March 11, 2011

HOFFMAN & LAZEAR

By: _____
Chad A. Saunders
Attorneys for Plaintiff
GALINA SEEBROOK

13202614v.1

Dated: 3/14/11

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA