SEYFARTH SHAW LLP
Jay W. Connolly (SBN 114725)
E-mail: jconnolly@seyfarth.com
Christian J. Rowley (SBN 187293)
E-mail: crowley@seyfarth.com
Giovanna A. Ferrari (SBN 229871)
E-mail: gferrari@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
WHOLE FOODS MARKET CALIFORNIA, INC.

HOFFMAN & LAZEAR
H. Tim Hoffman (SBN 049141)
Arthur W. Lazear (SBN 083603)
Chad A. Saunders (SBN 257810)
180 Grand Avenue, Suite 1550
Oakland, California 94612
Tel: (510) 763-5700
Fax: (510) 835-1311
Email: cas@hoffmanandlazear.com

LAW OFFICE OF NEWMAN STRAWBRIDGE
Newman Strawbridge (SBN 171360)
719 Orchard Street
Santa Rosa, CA 95404
Tel: (707) 523-3377

Attorneys for Plaintiff
GALINA SEEBROOK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALINA SEEBROOK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WHOLE FOODS MARKET CALIFORNIA, INC., a California corporation,<br><br>Defendant. | Case No. C11-00842 SC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT'S TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT; DECLARATION OF GIOVANNA A. FERRARI IN SUPPORT THEREOF** |

- 1 -
STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT'S TIME TO ANSWER OR
OTHERWISE RESPOND TO COMPLAINT; FERRARI DECL. / CASE NO. C11-00842 SC

1  Pursuant to Local Rules 6-2 and 7-12, Plaintiff and Defendant, by and through their
2 undersigned counsel, hereby stipulate to extend to April 15, 2011 the deadline for Defendant to
3 answer or otherwise respond to the Complaint for the reasons stated in the Declaration of
4 Giovanna A. Ferrari attached hereto as Exhibit "A."   This extension will not change any hearing
5 deadlines set by the Court, and the parties shall comply with all Court scheduling orders issued
6 to date.
7  IT IS SO STIPULATED.

9 Dated: March 30, 2011                                              SEYFARTH SHAW LLP

11                                                                                By:   /s/ Giovanna A. Ferrari
12                                                                                          Christian J. Rowley
                                                                                             Giovanna A. Ferrari
                                                                                    Attorneys for Defendant
13                                                                                  WHOLE FOODS MARKET
                                                                                    CALIFORNIA, INC.

15 Dated: March 30, 2011                                              HOFFMAN & LAZEAR

17                                                                                By:   /s/ H. Tim Hoffman
18                                                                                          H. Tim Hoffman
                                                                                             Chad A. Saunders
                                                                                    Attorneys for Plaintiff
19                                                                                  GALINA SEEBROOK

20 PURSUANT TO STIPULATION, IT IS SO ORDERED.

25 Dated:  3/31/11
                                                                                    IT IS SO ORDERED
26                                                                                  Hon. [signature] nti
                                                                                    Judge Samuel Conti

- 2 -
STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT'S TIME TO ANSWER OR
OTHERWISE RESPOND TO COMPLAINT; FERRARI DECL.  / NO. C11-00842 SC

**EXHIBIT A: DECLARATION OF GIOVANNA A. FERRARI**

I, Giovanna A. Ferrari, declare:

1.  I am an attorney at law duly licensed to practice before all courts of the State of California. I am an associate at the law firm of Seyfarth Shaw LLP, attorneys of record for Defendant WHOLE FOODS MARKERT CALIFORNIA, INC. ("WFMCI"). The following facts are personally known to me, and if called as a witness, I could and would competently testify thereto.

2.  As of the date of this stipulation, only one previous stipulation to extend time has been filed in this matter: On March 11, 2011, a stipulation to extend the time for WFMCI to answer or file a response to the complaint until March 31, 2011 was filed. On March 13, 2011, Judge Spero signed that stipulation.

3.  By this stipulation and proposed order, the parties request a 15-day extension of time for WFMCI to answer or otherwise respond to the complaint (until April 15, 2011) so that the parties can attempt to resolve issues that may be the subject of a motion to dismiss.

4.  This extension will not change any hearing deadlines set by the Court, and the parties shall comply with all Court scheduling orders issued to date.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 30th day of March 2011, at San Francisco, California.

           _/s/ Giovanna A. Ferrari_
           Giovanna A. Ferrari

13267218v.1

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Giovanna A. Ferrari, attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated:  March 30, 2011                             /s/ Giovanna A. Ferrari
                                                                    Giovanna A. Ferrari