1  H. Tim Hoffman (SBN 049141)
   Arthur W. Lazear (SBN 083603)
2  Chad A. Saunders (SBN 257810)
   **HOFFMAN & LAZEAR**
3  180 Grand Avenue, Suite 1550
   Oakland, California 94612
4  Tel:(510)763-5700
5  Fax:(510)835-1311
   Email: cas@hoffmanandlazear.com
6
7  Newman Strawbridge (SBN 171360)
   **LAW OFFICE OF NEWMAN STRAWBRIDGE**
8  719 Orchard Street
   Santa Rosa, CA 95404
9  Telephone:  (707) 523-3377

10 Attorneys for Plaintiff

11
                   UNITED STATES DISTRICT COURT
12
                  NORTHERN DISTRICT OF CALIFORNIA
13
                       SAN FRANCISCO DIVISION
14

15 | GALINA SEEBROOK, individually and on behalf of all others similarly situated, | Case No. 3:11-cv-00842-SC |
|---|---|
| Plaintiffs, | **STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF CLASS ACTION COMPLAINT, AND FOR WAIVER OF FEES AND COSTS BY DEFENDANT** |
| v. | |
| WHOLE FOODS MARKET CALIFORNIA, INC., a California corporation, | |
| Defendant. | |

28 STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF CLASS ACTION COMPLAINT, AND FOR WAIVER OF FEES AND COSTS BY DEFENDANT                                                    CASE NO. 3:11-cv-00842-SC

TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

WHEREAS, Defendant Whole Foods Market California, Inc. ("Defendant") filed a motion to dismiss this action for lack of subject matter jurisdiction on April 15, 2011 (Dkt. No. 16);

WHEREAS, counsel for Plaintiff Galina Seebrook ("Plaintiff") and counsel for Defendant met and conferred on April 26, 2011 and agreed that Plaintiff would voluntarily dismiss her Class Action Complaint and re-file in State court; and

WHEREAS, Defendant agreed that it would not seek costs or attorneys' fees from Plaintiff in connection with this dismissal of this case from this court;

NOW, THEREFORE, Plaintiff and Defendant hereby stipulate and agree that:

1. The Court should enter a dismissal without prejudice as to the entire above-entitled case; and
2. The Defendant will not move the Court for an award of costs or attorneys' fees in connection with this dismissal.

THE PARTIES SO STIPULATE.

Dated: May 2, 2011

HOFFMAN & LAZEAR

By   */s/ Chad A. Saunders*
CHAD A. SAUNDERS
Attorneys for
Plaintiff GALINA SEEBROOK

Dated: May 2, 2011

SEYFARTH SHAW LLP

By   */s/ Giovanna Ferrari*
Giovanna Ferrari
Attorneys for
Defendant WHOLE FOODS MARKET CALIFORNIA, INC.

STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF CLASS ACTION COMPLAINT, AND FOR WAIVER OF FEES AND COSTS BY DEFENDANT   -1-   CASE NO. 3:11-cv-00842-SC

## [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, it is ordered that the entire case entitled *Seebrook v. Whole Foods Market California, Inc.*, No. 3:11-cv-00842-SC, is hereby dismissed without prejudice.

Dated:    5/3/11



_____
United States District Court Judge

-2-

STIPULATION FOR DISMISSAL WITHOUT
PREJUDICE OF CLASS ACTION COMPLAINT, AND
FOR WAIVER OF FEES AND COSTS BY
DEFENDANT

CASE NO. 3:11-cv-00842-SC

**CERTIFICATION**

I, Chad Saunders, am the ECF User whose identification and password are being used to file this Stipulation for Dismissal Without Prejudice of Class Action Complaint, and for Waiver of Fees and Costs by Defendant. In compliance with General Order 45.X.B., I hereby attest that Giovanna Ferrari has concurred in this filing.

Dated: May 2, 2011            HOFFMAN & LAZEAR

By   /s/ Chad A. Saunders
     CHAD A. SAUNDERS
     Attorneys for Plaintiff

-3-

STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF CLASS ACTION COMPLAINT, AND FOR WAIVER OF FEES AND COSTS BY DEFENDANT

CASE NO. 3:11-cv-00842-SC